## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01302-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** January 13, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| BERNADETTE MARTINEZ, and<br>S.R., a minor child by and through his natural mother and next best friend, Bernadette Martinez, | Michael Goodman<br>William George Fischer, Sr. |

       Plaintiffs,

v.

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and<br>MEMORIAL HEALTH SYSTEM, an enterprise of the city of Colorado Springs, Colorado, | Amy L. Padden<br>Kimberly F.W. DeLine |

       Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:06 a.m.**
Court calls case.  Appearances of counsel.  All parties appear by telephone.

Motion Hearing is called regarding The United States of America's Motion for a Protective Order [Doc. No. 23, filed November 17, 2011].

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**:    The United States of America's Motion for Protective Order [23] is **GRANTED** as stated on the record.  Communications between the United States Attorney's Office and current and former employees of Peak Vista Community Health Centers are protected by the attorney-client privilege.

**Court in Recess: 10:41 a.m.**
Hearing concluded.
Total In-Court Time    00:35

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.