IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-1302-WJM-KMT

BERNADETTE MARTINEZ and S.R., A MINOR CHILD
BY AND THROUGH HIS NATURAL MOTHER AND
NEXT BEST FRIEND, BERNADETTE MARTINEZ,
    Plaintiffs

v

THE UNITED STATES OF AMERICA, and
MEMORIAL HEALTH SYSTEM, AN ENTERPRISE
OF THE CITY OF COLORADO SPRINGS, COLORADO,
    Defendants.

---

### ORDER RE: UNOPPOSED MOTION TO APPOINT GUARDIAN AD LITEM

---

**THIS MATTER** comes before the Court on Plaintiff's Unopposed Motion to Appoint Guardian Ad Litem (DOC NO: 39). The Court has reviewed Plaintiff's motion and is otherwise advised in the premises. It is therefore ORDERED as follows:

The Court finds that the appointment of a Guardian ad Litem is proper and in the best interest of S.R. It is therefore ORDERED that David Webster, Colorado Bar Reg No., 28113, is appointed as GAL in order to protect the child's interest in this case and the resolution thereof to include the administration of the estate.

BY THE COURT:

~~DISTRICT COURT JUDGE~~

**KATHLEEN M. TAFOYA**
**United States Magistrate Judge**