IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01302–WJM–KMT

BERNADETTE MARTINEZ, and
S.R., a minor child by and through his natural mother and next best friend, Bernadette Martinez,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA, and
MEMORIAL HEALTH SYSTEM, an enterprise of the city of Colorado Springs, Colorado,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Because Defendants consent to Plaintiff's proposed Amended Complaint (*see* Doc. Nos. 64 & 65), Plaintiff's Motion to Amend Complaint (Doc. No. 61, filed July 13, 2012) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The clerk of court is directed to filed Plaintiff's Amended Complaint (Doc. No. 61-1.)

Dated: July 16, 2012