**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-01302-WJM-KMT

BERNADETTE MARTINEZ,
S.R. a minor child by and through his natural mother and next friend Bernadette Martínez

    Plaintiff,
v.

UNITED STATES OF AMERICA, and
MEMORIAL HEALTH SYSTEM, an enterprise of the City of Colorado Springs

    Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**
_____

This matter comes before the Court on parties' Unopposed Motion to Dismiss Defendant, City of Colorado Springs, Colorado (ECF No. 69). The Court having reviewed the Motion and being fully advised hereby ORDERS:

The parties' unopposed motion is GRANTED. The City of Colorado Springs and Memorial Health System (an enterprise of the City of Colorado Springs) are DISMISSED WITH PREJUDICE. Each party shall pay her or its attorney's fees and costs.

Dated this 1st day of August, 2012.

                                        BY THE COURT:

                                        _____
                                        William J. Martínez
                                        United States District Judge