**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-01302-WJM-KMT

BERNADETTE MARTINEZ,
S.R. a minor child by and through his natural mother and next friend Bernadette Martínez,

    Plaintiffs,
v.

UNITED STATES OF AMERICA,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**
_____

This matter comes before the Court on the parties' Stipulated Motion for Dismissal, filed August 6, 2012. (ECF No. 72.) The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

1.    The parties' Stipulated Motion for Dismissal (ECF No. 72) is GRANTED;

2.    The above captioned matter is DISMISSED WITH PREJUDICE;

3.    The parties shall bear their own attorney's fees and costs.

Dated this 7th day of August, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge